UNITED STATES BANKRUPTCY COURT, DISTRICT OF DELAWARE
CHAPTER 13 PROCEEDING MEMO

DATE: <u>March 24, 2014</u>

CASE NO.   14-10038BLS
CASE NAME:   WALLACE & DAYRA DIAMOND, JR.
DEBTOR'S COUNSEL:   VIVIAN A. HOUGHTON, ESQUIRE

**CONFIRMATION:**
____INTERIM          WAGE ORDER ✓ 15TH ____    Final
____CONTINUED
✓ FINAL
____3/5____PLAN DATED
____12____DOCKET NO

**OBJECTIONS:**
CONFIRMATION: MOVANT _Ford Motor/Doughty_ → OK   W/D ____
             MOVANT _____   W/D ____

CLAIM # ____   CLAIMANT _____ W/D ____ ENTER ORDER ____
CLAIM # ____   CLAIMANT _____ W/D ____ ENTER ORDER ____

CONTINUED _____

**MOTIONS:**
DISMISS: MOVANT _____        ____GRANTED
____CONVERT                                 ____WITHDRAWN
____MORATORIUM                              ____CONTINUED FOR REVIEW
____RECONSIDERATION                         ____COMPLETED
____SEVER                                   ____DENIED

CONTINUED _____

**ORDERS:**
____TAX ORDER

____PRE-CONFIRMATION

____MATERIAL DEFAULT

MOVANT: _____
STATE _____   IRS _____
$ TRUSTEE _____   $ MORTGAGE _____
$ TRUSTEE _____   $ MORTGAGE _____

         + _____          + _____

DUE BY _____

STATUS OF PREVIOUS ORDER:            EXTENDED

**DISMISSALS:**
____AT HEARING
____PRIOR TO HEARING
____CONTINUED TO SPECIAL HEARING

HEARING DATE _____