IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE


IN RE:

                                 : Bk. Case No: 14-10038 (BLS)
WALLACE DIAMOND, JR.    :
DAYRA DIAMOND          :
Debtors.                  : Chapter 13


## MOTION TO ALLOW PLAN DISTRIBUTION


Michael B. Joseph, Esquire, Chapter 13 Trustee ("Trustee") respectfully requests that this Honorable Court enter an Order with respect to the following:

1. Pursuant to 11 U.S.C. Section 1302(b)(1) the Trustee has performed the duties specified in Section 704(a)(5) of the Code by examining the proofs of claim filed in this case and objecting to  the allowance of any claim that appears to be improper.

2. Absent any objection, the Trustee intends to disburse to those creditors set forth in "Exhibit A" in the amounts listed. Claims listed as "Not Filed" means that the creditor did not file a proof of claim and will not be paid by the Trustee through the Plan.

3. It is requested that the Debtor(s) and counsel be required to examine each filed proof of claim and to file an objection and notify the Trustee as to any claim that may be improper or incorrect, or request allowance of a claim pursuant to 11 U.S.C. Section 501(c).

WHEREFORE, the Trustee prays that an Order be entered, in the form attached, and otherwise approve the proposed distribution in accordance with the Confirmed Plan.


/s/ Michael B. Joseph
_____
Michael B. Joseph, Esquire
824 Market Street, Ste. 1002
P.O. Box 1350
Wilmington, Delaware 19899
302-656-0123
Chapter 13 Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:

|                        |                              |
|------------------------|------------------------------|
|                        | : Bk. Case No: 14-10038 (BLS) |
| WALLACE DIAMOND, JR.   | :                            |
| DAYRA DIAMOND          | :                            |
| Debtors.               | : Chapter 13                 |

## **ORDER**

    **AND NOW**, this _____ day of _____,2014 the foregoing Motion having been presented and heard, and good cause appearing therefore,

    **IT IS ORDERED THAT:**

    1.  The Motion is Granted, and absent a timely claim objection by the Debtor(s), the Trustee's proposed distribution is approved.

    2.  Debtor(s) shall have thirty (30) days from the date of this  Order within which to examine proofs of claim filed in this case, review the Trustee's "Exhibit A", and to file an objection to any claim which may be improper or request the allowance of any additional claim as may be appropriate under 11 U.S.C. Section 501(c) and 502(a).

    3.  Failure to timely object will be deemed an approval by Debtor(s) of the claims as set forth in "Exhibit A" and the Trustee's intended distribution to creditors in accordance with the Confirmed Plan.


_____
UNITED STATES BANKRUPTCY JUDGE

```
WALLACE DIAMOND, JR.                     CASE NO. 14-10038BLS
DAYRA DIAMOND
359 EAST FRAZIER STREET
SMYRNA, DE  19977                   % PLAN : 39.72
                               PLAN TERM: 60   RECEIPT AMOUNT:      855.00
                               RECEIPTS PAID IN TO DATE    :      400.00
ATTY: VIVIAN A. HOUGHTON, ESQUIRE  DISBURSEMENTS TO DATE       :        0.00
      800 N. WEST STREET  2ND FLOOR  CURRENT BALANCE          :      400.00
      WILMINGTON, DE 19801-1526
```

|  |  |  |  | ADJUSTED |  |  |
| CLAIM |  |  | ORIGINAL | CLAIM | TOTAL | CURRENTLY |
| NO. | CREDITOR NAME | CLAIM TYPE | DEBT | AMOUNT | PAID | DUE |
| ----- | --------------------------- | ------------------------------ | ---------- | ---------- | ---------- | ---------- |
| 001 | VIVIAN A. HOUGHTON, ESQUIRE | ATTORNEY FEES | 3400.00 | 3400.00 | 0.00 | 3400.00 |
| 002 | DEL ONE | UNSECURED | 2856.00 | 1138.27* | 0.00 | 1138.27 |
| 003 | DEL ONE | UNSECURED | 600.00 | 143.59* | 0.00 | 143.59 |
| 004 | DEL ONE | UNSECURED | 1758.00 | 659.69* | 0.00 | 659.69 |
| 005 | DEL ONE | UNSECURED | 0.00 | 194.30* | 0.00 | 194.30 |
| 006 | MARINER FINANCE | UNSECURED | 3000.00 | 1213.23* | 0.00 | 1213.23 |
| 007 | KENT GENERAL HOSPITAL | UNSECURED | 135.00 | 56.21* | 0.00 | 56.21 |
| 008 | FORD MOTOR CREDIT COMPANY | SECURED VEHICLE | 18053.00 | 20567.40 | 0.00 | 20567.40 |
| 008 | FORD MOTOR CREDIT COMPANY | UNSECURED | 3053.00 | 180.70* | 0.00 | 180.70 |
| 009 | FREEDOM ROAD FINANCIAL | AMENDED CLAIM | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | FREEDOM ROAD FINANCIAL | SECURED VEHICLE | 2396.00 | 2680.20 | 0.00 | 2680.20 |
| 010 | BMW FINANCIAL SERVICES | SECURED VEHICLE | 15139.00 | 17322.60 | 0.00 | 17322.60 |
| 011 | QUANTUM3 GROUP | UNSECURED | 752.00 | 265.52* | 0.00 | 265.52 |
| 012 | QUANTUM3 GROUP | UNSECURED | 401.00 | 228.51* | 0.00 | 228.51 |
| 013 | DELAWARE DIVISION OF REVENUE | UNSECURED | 200.00 | 70.71* | 0.00 | 70.71 |
| 014 | CAPITAL ONE, N.A. | UNSECURED | 300.00 | 101.07* | 0.00 | 101.07 |
| 030 | INTERNAL REVENUE SERVICE | DIRECT | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | SALLIE MAE | DIRECT | 19179.00 | 0.00 | 0.00 | 0.00 |
| 032 | BANK OF AMERICA, N.A. | NOT FILED SECURED | 173983.00 | 0.00 | 0.00 | 0.00 |
| 100 | NET 1ST NATIONAL BANK | NOT FILED UNSECURED | 1000.00 | 0.00 | 0.00 | 0.00 |
| 101 | AMERICAN LEGION AMBULANCE | NOT FILED UNSECURED | 582.00 | 0.00 | 0.00 | 0.00 |
| 102 | CBNA | NOT FILED UNSECURED | 484.00 | 0.00 | 0.00 | 0.00 |
| 103 | BILL ME LATER | NOT FILED UNSECURED | 477.98 | 0.00 | 0.00 | 0.00 |
| 104 | CAPITAL ONE | NOT FILED UNSECURED | 717.00 | 0.00 | 0.00 | 0.00 |
| 105 | CAPITAL ONE | NOT FILED UNSECURED | 295.00 | 0.00 | 0.00 | 0.00 |
| 106 | CAPITOL CREDIT SVCS INC. | NOT FILED UNSECURED | 746.80 | 0.00 | 0.00 | 0.00 |
| 107 | CHECK N GO | NOT FILED UNSECURED | 1399.00 | 0.00 | 0.00 | 0.00 |
| 108 | DEAKYNE DENTAL ASSOC | NOT FILED UNSECURED | 117.20 | 0.00 | 0.00 | 0.00 |
| 109 | DELAWARE SURGERY | NOT FILED UNSECURED | 35.68 | 0.00 | 0.00 | 0.00 |
| 110 | DISNEY | NOT FILED UNSECURED | 105.48 | 0.00 | 0.00 | 0.00 |
| 111 | DE TECH. & COMM. COLLEGE | NOT FILED UNSECURED | 1200.00 | 0.00 | 0.00 | 0.00 |
| 112 | GOLDS GYM | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| 113 | KENT GENERAL HOSPITAL | NOT FILED UNSECURED | 15.00 | 0.00 | 0.00 | 0.00 |
| 114 | LANCASTER COLLECTIONS | NOT FILED UNSECURED | 727.00 | 0.00 | 0.00 | 0.00 |
| 115 | LOAN TILL PAYDAY | NOT FILED UNSECURED | 1350.00 | 0.00 | 0.00 | 0.00 |
| 116 | M&T BANK | NOT FILED UNSECURED | 400.00 | 0.00 | 0.00 | 0.00 |
| 117 | NATIONAL RECOVERY | NOT FILED UNSECURED | 35.00 | 0.00 | 0.00 | 0.00 |

* Marked Claims have been adjusted according to payment status or percent plan.

April 23, 2014

Motion To Allow Claims Exhibit A (Continued)
FOR 14-10038BLS, WALLACE DIAMOND, JR., DAYRA DIAMOND

| CLAIM NO. | CREDITOR NAME | CLAIM TYPE | ORIGINAL DEBT | ADJUSTED CLAIM AMOUNT | TOTAL PAID | CURRENTLY DUE |
|-----|------|------|------|------|------|------|
| 118 | PHYSIOTHERAPY ASSOC. | NOT FILED UNSECURED | 367.00 | 0.00 | 0.00 | 0.00 |
| 119 | QVC NETWORK | NOT FILED UNSECURED | 138.58 | 0.00 | 0.00 | 0.00 |
| 120 | REVENUE COLLECTION | NOT FILED UNSECURED | 803.00 | 0.00 | 0.00 | 0.00 |
| 121 | TD BANK | NOT FILED UNSECURED | 228.73 | 0.00 | 0.00 | 0.00 |
| 122 | UNV FIDELITY | NOT FILED UNSECURED | 177.00 | 0.00 | 0.00 | 0.00 |
| 123 | WILMINGTON UNIVERSITY | NOT FILED UNSECURED | 2649.00 | 0.00 | 0.00 | 0.00 |
| TOTALS | | | 259255.45 | 48222.00 | 0.00 | 48222.00 |

* Marked Claims have been adjusted according to payment status or percent plan.

ATTORNEY'S CERTIFICATE OF SERVICE

I, Michael B. Joseph, Chapter 13 Trustee, do hereby certify that on this ,

I caused one copy of the within Motion to Allow Plan Distribution to be served on the following by

United States Mail, Postage Prepaid:


WALLACE & DAYRA DIAMOND, JR.
359 EAST FRAZIER STREET
SMYRNA, DE  19977
Debtor(s)


VIVIAN A. HOUGHTON, ESQUIRE
800 N. WEST STREET  2ND FLOOR
WILMINGTON, DE 19801-1526
Attorney for Debtor(s)


/s/ Michael B. Joseph
_____
Michael B. Joseph, Esquire
824 Market Street, Suite 1002
P.O. Box 1350
Wilmington, Delaware 19899-1350
302-656-0123
Chapter 13 Trustee